UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAISIN VALLEY FARMS MARKETING, LLC, | ) ) ) ) | 1:10-CV-01991 OWW SKO |
| Plaintiff, | ) ) ) | **ORDER DISMISSING ACTION** |
| v. | ) ) | |
| THE HEMISPHERE GROUP, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41(a),

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   February 10, 2011            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1